UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMAN SINGH and NARINDER KAUR, | Case No. 3:14-cv-00185-MMD-WGC |
| Plaintiffs, | ORDER |
| v. | |
| DEMARTINI LAND, a California Partnership, MICHAEL J. DEMARTINI, HL COMMERCIAL REAL ESTATE; and DOES 1 through 10, | |
| Defendants. | |

This case was removed from the Superior Court of California, in and for the County of Marin.  Removal to this Court is improper. Defendant should have removed this case to the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1441(a).  It is therefore ordered that this case is dismissed.

DATED THIS 11th day of March 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE